1  KAREN P. HEWITT
   United States Attorney
2  STEWART M. YOUNG
   Assistant U.S. Attorney
3  California State Bar No. 234889
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6228 /(619) 557-6741 (Fax)
   Email: stewart.young@usdoj.gov@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Criminal Case No. 08-CR-211-BTM
                                      )
11 |                  Plaintiff,       )
                                      ) NOTICE OF APPEARANCE
12 |         v.                        )
                                      )
13 | GUADALUPE                         )
     HERAS DE MELO-SAMPER (1), and    )
14 | ERICK MELO-SAMPER HERAS (2),     )
                                      )
15 |                                   )
                     Defendants.       )
16

17 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19     I certify that I am admitted to practice in this court or authorized to practice under CivLR
20 83.3.c.3-4.

21     The following government attorneys (who are admitted to practice in this court or authorized
22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead
23 counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to
24 activity in this case:

25

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

28

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

| Name | CBN | Tele. No. | Email Address |
|------|-----|-----------|---------------|
| N/A  |     |           |               |

DATED: January 25, 2008

                        Respectfully submitted,

                        KAREN P. HEWITT
                        United States Attorney

                        s/ *Stewart M. Young*
                        STEWART M. YOUNG
                        Assistant United States Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>        v.<br><br>GUADALUPE<br>HERAS DE MELO-SAMPER (1), and<br>ERICK MELO-SAMPER HERAS (2),<br><br>        Defendants. | Case No. 08-CR-211 BTM<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

   I, STEWART M. YOUNG, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action.  I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   1. David Zugman, Esq.

   2. Jason Ser, Esq.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 25, 2008.

            s/ *Stewart M. Young*
            STEWART M. YOUNG

Notice of Appearance
United States v. Melo-Samper et al.                                             08-CR-211 BTM