```
 1  DAVID J. ZUGMAN
    California State Bar Number 190818
 2  964 Fifth Avenue, Suite 300
    San Diego, California  92101
 3  Telephone: (619) 699-5931
    Facsimile: (619) 699-5932
 4  dzugman@burchamzugman.com

 5  Attorney for Guadalupe Heras De Melo-Samper

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE BARRY TED MOSKOWITZ)

11  UNITED STATES OF AMERICA,   )   Case No. 08CR0211-BTM
                                )
12              Plaintiff,      )   Date: February 29, 2008
                                )   Time: 1:30 p.m.
13  v.                          )
                                )
14  GUADALUPE,                  )   NOTICE OF MOTIONS AND MOTIONS
        HERAS DE MELO-SAMPER (1),)  TO
15  ERICK,                      )   1:   PRODUCE DISCOVERY
        HERAS DE MELO-SAMPER (2),)  2:   DISMISS INDICTMENT BECAUSE
16                              )        MISINSTRUCTION OF THE GRAND
                                )        JURY;
17              Defendants.     )   3:   SUPPRESS STATEMENTS
                                )   4:   SEVER CASE;
18                              )   5:   FOR FURTHER MOTIONS.
                                )
19  TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, and STEWART MICHAEL
        YOUNG, ASSISTANT UNITED STATES ATTORNEY
20
        PLEASE TAKE NOTICE that Defendant, Guadalupe Heras De Melo-Samper,
21
    by and through her Counsel, David J. Zugman, files these initial motions
22
    to be heard before the Honorable Barry Ted Moskowitz on February 29,
23
    2008 at 1:30 p.m..
24
        These motions are based upon the facts and law pertaining to this
25
    case.  Ms. Heras De Melo-Samper's motions are to
26
        1)   Produce Discovery;
27
        2)   Dismiss the indictment because of misinstruction of the grand
28
```

08CR0211-BTM

1      jury and the improper dismissal of 2 Grand Jurors;
2   3)   Suppress Statements;
3   4)   Sever the Case; and
4   5)   File Further Motions.
5   This motion is based upon the information received from the
6 Government thus far.
7                                    Respectfully Submitted,
8
  Date: February 15, 2008            S/David J. Zugman
9                                    David J. Zugman
                                     Attorney for Ms. Heras De Melo-Samper

PROOF OF SERVICE

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 964 Fifth Avenue, Suite 300, San Diego, California, 92101-5008.

2. I am effecting service of DEFENDANT'S MOTIONS on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Stewart Young, Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street
San Diego, CA 92101

Jason Ser
Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101

3. I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2008.

S/David Zugman
DAVID J. ZUGMAN