```
 1  DAVID J. ZUGMAN
    California State Bar Number 190818
 2  964 Fifth Avenue, Suite 300
    San Diego, California  92101
 3  Telephone: (619) 699-5931
    Facsimile: (619) 699-5932
 4  dzugman@burchamzugman.com

 5  Attorney for Guadalupe Heras De Melo-Samper

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE BARRY TED MOSKOWITZ)

11  UNITED STATES OF AMERICA,    )   Case No. 08CR0211-BTM
                                 )
12              Plaintiff,       )   Date: March 28, 2008
                                 )   Time: 2:00 p.m.
13  v.                           )
                                 )
14  GUADALUPE,                   )   DECLARATION OF
        HERAS DE MELO-SAMPER (1),)   DECLARATION OF DAVID ZUGMAN
15  ERICK,                       )   IN SUPPORT OF MOTION
        HERAS DE MELO-SAMPER (2),)   TO CONTINUE THE MOTION HEARING
16                               )
                Defendants.      )
17  _____)
```

18      I, David J. Zugman, declare as follows.

19      1.   I am the attorney assigned to represent Ms. Heras De Melo-
20  Samper in the above captioned case.

21      2.   At the last hearing, the government indicated that it would
22  produce DVD copies of each defendant's respective statement to the
23  other.

24      3.   Unfortunately, due to a technical glitch with the copying of
25  the DVD, the government was not able to get the DVD's out until today,
26  March 17, 2008, which is too late to get the motions to suppress filed
27  in a timely fashion.

28      4.   After speaking with co-counsel, Jason Ser, and the Assistant

U.S. Attorney, Stewart Young, we agreed that a continuance made sense so that we could review this discovery and get the statements transcribed. (The statements are in Spanish and neither Counsel is fluent in Spanish.)

5. I am in a state court trial the week of April 14th and Mr. Ser is unavailable on April 25th. Your Honor's clerk indicated that the next date available is May 9th at 1:30 p.m..

6. Assistant U.S. Attorney Stewart Young agrees that a continuance is necessary because we will not be ready by the March 28 date currently set. May 9th agrees with Mr. Young's calendar.

7. The parties therefore request that the motion hearing be rescheduled to May 9th at 1:30 p.m..

FURTHER I DECLARE NOT:

Respectfully Submitted,

Dated: March 17, 2008        S/David Zugman
                             DAVID ZUGMAN
                             ATTORNEY FOR MS. HERAS DE MELO-SAMPER