1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

UNITED STATES OF AMERICA,      )      Case No. 08CR0211-BTM
                               )
              Plaintiff,       )
                               )
v.                             )      ORDER CONTINUING MOTION HEARING
                               )
GUADALUPE,                     )
      HERAS DE MELO-SAMPER (1),)
ERICK,                         )
      HERAS DE MELO-SAMPER (2),)
_____)

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the motion hearing currently set for March 28, 2008, at 2:00 p.m. be continued until May 9, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED:  March 19, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge