FILED
MAY 9 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-211 BTM |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** **(Superceding)** |
| v. | ) | |
| GUADALUPE HERAS MELO-SAMPER, | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 27, 2007, within the Southern District of California, defendant GUADALUPE HERAS MELO-SAMPER, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did state to a federal officer that she and her son had bought the Mitsubishi Montero that her son was driving at the San Ysidro, California, Port of Entry, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made;

1 | in violation of Title 18, United States Code, Section 1001.

3 | DATED: May 9, 2008 .

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney