AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GUADALUPE HERAS MELO-SAMPER,

WAIVER OF INDICTMENT

CASE NUMBER: 08CR0211-BTM



I, GUADALUPE HERAS MELO-SAMPER, the above named defendant, who is accused of the following: False Statement to a Federal Officer (Felony), in violation of Title 18, U.S.C., Sec. 1001 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/9/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER